**Motion Granted; Order filed July 23, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00094-CV
_____

**JAMES STEARNS, Appellant**

**V.**

**LISA MARTENS and STEARNS POOLS AND SPAS, INC., Appellees**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCV-169484**

---

## ORDER

This is an appeal from the property division awarded in a final decree of divorce signed November 8, 2013. Appellant timely requested Findings of Fact and Conclusions of Law. *See* Tex. R. Civ. P. 296; Tex. Fam. Code § 6.711 (requiring findings and conclusions on the characterization and value of assets, liabilities, claims, and offsets). Appellant also filed a timely reminder of past due findings and conclusions. *See* Tex. R. Civ. P. 297. To date, the requested findings and conclusions have not been filed.

On July 5, 2013, appellant filed a motion to abate the appeal, requesting that the trial court be directed to file findings of fact and conclusions of law. *See* Tex. R. App. P 44.4(b). Counsel for appellee Lisa Martens does not oppose the motion, and counsel for appellee Stearns Pools and Spas, Inc. has not filed any response in opposition to the motion. *See* Tex. R. App. P. 10.3(a). Accordingly, we **GRANT** appellant's motion and issue the following order.

We **ORDER** the appeal abated and direct the trial court to file findings of fact and conclusions of law on or before **August 16, 2013.** Within **ten days** after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. *See* Tex. R. Civ. P. 298. The trial court shall file any additional or amended findings that are appropriate within **ten days** after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court on or before **September 20, 2013.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings of fact and conclusions of law are filed in this Court in a supplemental clerk's record. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. Appellant's brief shall be due 30 days after the appeal has been reinstated.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.